NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONNA BROWN,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2011-3044

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100371-I-1.

---

## ON MOTION

---

## ORDER

Donna Brown moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 2 0 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donna Brown
    Jeanne E. Davidson, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2010

JAN HORBALY
CLERK